UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLOBE TIRE DISTRIBUTORS, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLISLE TRANSPORTATION PRODUCTS, INC., a successor in interest to Carlisle Tire & Wheel Company, a foreign corporation, ITP, a foreign corporation, and Unique Wheel, a foreign corporation,<br><br>　　　　Defendants. | NO.  CV-13-3013-SAB<br><br><br><br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Before the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 16. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and without costs or fees to any party.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Stipulation of Dismissal with Prejudice, ECF No. 16, is **GRANTED**.

　　2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

DATED this 17 day of June, 2014.

                                    /s/ Stanley A. Bastian
                                    STANLEY A. BASTIAN
                                    United States District Judge

Q:\SAB\Civil\2013\Globe Tire Distributors\dismissal.doc

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 2